IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH CAPOGRECO,

    Plaintiff,                    No. CIV S- 00-1951 LKK GGH P

    vs.

R. SANDHAM, et al.,

    Defendants.           ORDER

/

        This matter was scheduled for a trial confirmation hearing on May 15, 2006 at 11:15 a.m.  Plaintiff appeared pro se via video-conferencing.  John W. Riches II appeared on behalf of defendants.  Because of plaintiff's very recent transfer to CSP-Lancaster, plaintiff has not been reunited with his legal property, requiring that the TRIAL CONFIRMATION HEARING BE CONTINUED UNTIL MAY 30, 2006 AT 11:15 A.M.  Counsel for defendants was directed to make certain that plaintiff would not be transferred in the interim and that prison authorities would make plaintiff's legal property available to him as soon as possible and certainly prior to the time of the continued hearing.  Counsel was also directed to assure that a file folder of legal material, currently among plaintiff's legal property, but intended for the former co-plaintiff, Jeremiah Johnson, will be conveyed to inmate Johnson forthwith.

\\\\\

1

1  The Clerk of the Court is directed to serve a courtesy copy of this order upon the
2  litigation coordinator at CSP-LANCASTER to make certain that plaintiff will appear via video-
3  conferencing for the continued trial confirmation hearing as set herein.
4  IT IS SO ORDERED.
5  DATED: May 16, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE

/capo1951.con