# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KENNETH CAPOGRECO,

           Plaintiff,                    No. CIV S-00-1951 LKK GGH P

   vs.

R. SANDHAM, et al.,

           Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/       **AD TESTIFICANDUM**

          Jeremiah Johnson, inmate # K-75045, a necessary and material witness in proceedings in this case on July 25, 2006, is confined in Salinas Valley State Prison, 31625 Highway 101, PO Box 1020, Soledad, California 93960-1020, in the custody of the Warden Mike Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Salinas Valley State Prison, July 25, 2006, at 10:30 a.m.

          ACCORDINGLY, IT IS ORDERED that:

          1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

          2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden Mike Evans, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, California, 93960-1020:**

          **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

          **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 6/8/06

                         /s/ Gregory G. Hollows
                         _____
                         GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

GGH:mp
capo1951.841lkk