IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH CAPOGRECO,

       Plaintiff,                    No. CIV S- 00-1951 LKK GGH P

   vs.

R. SANDHAM, et al.,

       Defendants.          <u>ORDER</u>

                               /

Pursuant to the court's order vacating the trial date and resetting all dates, the court hereby ORDERS that:

1. The writs of habeas corpus ad testificandum issued to provide for the attendance of plaintiff, Kenneth Capogreco, inmate # D-11987, and his witness, Jeremiah Johnson, inmate # K-75045, are VACATED.

2. The Clerk is directed to SERVE copies of this order on the Out-To-Court Desks at (1) Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, California 93960-1020; and (2) California State Prison, Los Angeles County, 44750 60th Street West, Lancaster,

////

////

////

1

1 | California 93536-7620.  The clerk is directed to FAX a copy of this order to the Wardens at both
2 | prisons.
3 |     IT IS SO ORDERED.
4 |     DATED:  July 5, 2006.

                        LAWRENCE K. KARLTON
                        UNITED STATES DISTRICT JUDGE