Adam R. Sand #217712
arsand@jonesday.com
Lara T. Kollios #235395
lkollios@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Plaintiff
KENNETH CAPOGRECO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH CAPOGRECO,**<br><br>      **Plaintiff,**<br><br>   v.<br><br>**R. SANDHIME, M.D., et al.,**<br><br>      **Defendants** | Case No. CIV S-00-1951 LKK GGH<br><br>ORDER GRANTING PLAINTIFFS REQUEST FOR ADDITIONAL INTERROGATORIES |

Having considered Plaintiff's Request for Leave to File Additional Interrogatories, the papers filed in connection therewith, oral argument on September 7, 2006, and good cause appearing, the Court hereby GRANTS plaintiff's motion and ORDERS that the plaintiff be granted leave to serve 35 additional interrogatories.

IT IS SO ORDERED.

Dated: September 14, 2006

                                                  /s/ Gregory G. Hollows
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

capo1951.po3