1  Adam R. Sand #217712
   arsand@jonesday.com
2  Lara T. Kollios #235395
   lkollios@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Plaintiff
   KENNETH CAPOGRECO
7
   John W. Riches II #206223
8  john.riches@doj.ca.gov
   Deputy Attorney General
9  1300 I Street, Suite 125
   Sacramento, CA 94244
10 Telephone:    (916) 323-5915
   Facsimile:    (916) 324-5205
11
   Attorneys for Defendants
12 CHANGSU PARK and
   CHARLES LETT
13

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16

17 **KENNETH CAPOGRECO,**          Case No. CIV S-00-1951 LKK GGH

18       **Plaintiff,**

19       **v.**                    **PARTIES' STIPULATION AND ORDER
                                   REGARDING SIX MONTH  EXTENSION**
20 **R. SANDHIME, M.D., et al.,**  **FOR ALL DEADLINES**

21
         **Defendants.**
22

23 //

24 //

25 //

26 //

27 //
   SFI-556893v1                    **Case No. CIV S-00-1951 LKK GGH**
                                   PARTIES' STIP & [PROPOSED] ORDER
28 //                               RE: 6 MONTH EXT FOR ALL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties seek to obtain additional days to prepare, file and serve their papers in all issues, but not limited to, discovery, motions, expert designation, pretrial conference, and trial issues;

THE PARTIES HEREBY STIPULATE THAT:

1. All expert designations currently set for November 15, 2006 shall be extended until May 15, 2007.
2. All law and motion issues currently set for March 15, 2007 shall be extended until September 14, 2007.
3. All discovery issues currently set for January 15, 2007 shall be extended until July 13, 2007.
4. The Final Pretrial Conference is currently set for May 29, 2007 and shall be extended until December 10, 2007 at 3:00 p.m.
5. The Trial is currently set for August 7, 2007 and shall be extended until March 11, 2008.

DATED: November ___, 2006          JONES DAY

                                   By: /s/Adam R. Sand
                                       Adam R. Sand
                                       Attorney for Plaintiff

DATED: November ___, 2006          CALIFORNIA ATTORNEY GENERAL

                                   By: _____
                                       John W. Riches II
                                       Attorney for Defendants

IT IS SO ORDERED.

DATED: November 29, 2006

SFI-556893v1

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com