IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH CAPOGRECO,

    Plaintiff,                        No. CIV S-00-1951 LKK GGH P

    vs.

R. SANDHAM, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On September 18, 2007, plaintiff's counsel filed a stipulated protective order re: discovery and a proposed order in .pdf format in the court's electronic filing system; however, the undersigned has not received a proposed order in wordprocessing format via email from counsel, pursuant to E. D. Local Rule 5-137(b).  The court will not consider a request that is not in compliance with the local rules.

        IT IS SO ORDERED.

DATED: 1/24/07                                    /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009
capo1951.lcr