UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH CAPOGRECO, et al.,

        Plaintiffs,

  v.

R. SANDHIME, M.D., et al.,

        Defendants.

                                          /

NO. CIV. S-00-1951 LKK/GGH P

O R D E R

Pursuant to the stipulation of the plaintiff and defendant Park, defendant Changsu Park is hereby DISMISSED from this action, with prejudice.

IT IS SO ORDERED.

DATED: November 28, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1