UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH CAPOGRECO, et al.,

        Plaintiffs,

  v.

R. SANDHIME, M.D., et al.,

        Defendants.

NO. CIV. S-00-1951 LKK/GGH P

O R D E R

    The court is in receipt of defendants Lett's and Park's request to vacate the pretrial conference, which is currently set for December 10, 2007, and the trial, which is currently set for March 11, 2008. Good cause appearing, the court VACATES its scheduling order as to the pretrial conference and trial dates. A status conference is hereby SET for January 28, 2008 at 3:00 PM.

    IT IS SO ORDERED.

    DATED: November 28, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT