**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
DR. CHARLES LETT

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CAPOGRECO,<br><br>          Plaintiff,<br><br>vs.<br><br>R. SANDHIME, M.D., et al.<br><br>          Defendants. | CASE NO: 2:00-CV-01951 LKK GGH P<br><br>**STIPULATION AND ORDER RE:**<br>**EARLY SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between counsel for the parties that an early Settlement Conference take place on January 23, 2008 at 1:30 p.m. before the Honorable Kimberly Mueller, Magistrate.

Dated: January 8, 2008          WILLIAMS & ASSOCIATES


By: /s/ *Kathleen J. Williams*
      KATHLEEN J. WILLIAMS, CSB #127021
      Attorneys for Defendant
      DR. CHARLES LETT

Dated: January 8, 2008          JONES DAY


By:  /s/ *Lara Kollios*
      LARA KOLLIOS, CSB #235395
      Attorneys for Plaintiff

KENNETH CAPOGRECO

**ORDER**

IT IS SO ORDERED.

Dated: January 9, 2008.

_____

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT