1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendant
   DR. CHARLES LETT
6

7  **IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**
8

9  KENNETH CAPOGRECO,                    )   CASE NO: 2:00-CV-01951 LKK GGH P
                                         )
10              Plaintiff,               )   **STIPULATION OF DISMISSAL**
                                         )   **FOR DEFENDANT**
11 vs.                                   )   **DR. CHARLES LETT**
                                         )
12 R. SANDHIME, M.D., et al.             )
                                         )
13              Defendants.              )
                                         )
14 _____)

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 *Capogreco v. Sandhime, et al.* [2:00-CV-01951 LKK GGH P]/Stipulation of Dismissal for Dr. Lett          Page 1

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2 their designated counsel that defendant DR. CHARLES LETT be, and hereby is,
3 dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1),
4 each side to bear its own costs and attorneys fees.  The clerk is directed to close this
5 case.

Dated: 4/7/08                                        JONES DAY

By: /s/ Lara Kollios (original signature retained by counsel)
        LARA KOLLIOS, CSB 235395
        Attorneys for plaintiff
        KENNETH CAPOGRECO

Dated: 4/9/08                                        WILLIAMS & ASSOCIATES

By:/s/ Kathleen J. Williams
        KATHLEEN J. WILLIAMS, CSB 127021
        Attorneys for defendant DR. CHARLES LETT

**IT IS SO ORDERED.**

Dated: July 22, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT